FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
(212) 277-4000
Abbey Walsh, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------x
In re:                                                                    Chapter 7

AMPAL-AMERICAN ISRAEL CORPORATION,          Case No. 12-13689 (SMB)

                                    Debtor.
------------------------------------------------x

## NOTICE OF AMENDED EXHIBITS TO FIRST INTERIM FEE APPLICATION OF FRESHFIELDS BRUCKHAUS DERINGER LLP, AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE

On April 10, 2015, Freshfields Bruckhaus Deringer LLP ("Freshfields"), as Special Litigation Counsel to the Chapter 7 Trustee, filed its First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses Pursuant to Sections 330 and 331 of the Bankruptcy Code (docket no. 570) (the "Fee Application").

Freshfields has revised Exhibit B to the Fee Application to include the names and qualification for each paralegal and trainee that worked on the ICSID arbitration. Revised Exhibit B to the Fee Application is attached hereto as Exhibit A.

Freshfields has revised Exhibit C to the Fee Application to reflect certain reductions in expense reimbursements requested in the Fee Application. Freshfields has reduced the aggregate amount of expenses for which it seeks reimbursement by $1,962.92 from $429,530.61 to $427,567.80. Revised Exhibit C to the Fee Application is attached hereto as Exhibit B. The modified expense amounts are noted by the shaded cells.

US2189952/6 158723-0001

Dated: New York, New York
July 27, 2015

By: _____/s/ Abbey Walsh_____
Abbey Walsh
601 Lexington Avenue, 31st Floor
New York, NY 10022
(212) 277-4000

Exhibit A

Revised Exhibit B to the Fee Application

Summary of Services

US2189952/6 158723-0001

Summary of Hours Billed During First Compensation Period by Fee Earner

| Fee-earner | Position | Qualification | Rate | Total | 100,00% | 51,74% |
|---|---|---|---|---|---|---|
| Reed, Lucy | Partner | New York 1985 | 600.00 € | 184.90 | 110,940.00 € | 57,400.36 € |
| Rubins, Noah | Partner | New York 2000 | 500.00 € | 187.10 | 93,550.00 € | 48,402.77 € |
| Juratowitch, Ben | Partner | Queensland 2003 England & Wales 2010 | 500.00 € | 374.75 | 187,375.00 € | 96,947.83 € |
| Walsh, Abbey | Counsel | | 450.00 € | 9.70 | 4,365.00 € | 2,258.45 € |
| Love, Ben | Senior associate | New York 2007 | 400.00 € | 465.20 | 186,080.00 € | 96,277.79 € |
| Kirkness, Rob | Senior associate | New Zealand 2006 | 375.00 € | 276.60 | 103,725.00 € | 53,667.32 € |
| Becker, Moritz | Senior associate | Germany 2008 | 400.00 € | 1.70 | 680.00 € | 351.83 € |
| Wendler, Carsten | Junior associate | Germany 2010 | 325.00 € | 2.40 | 780.00 € | 403.57 € |
| Harris, Callista | Junior associate | New South Wales 2012 | 325.00 € | 460.05 | 149,516.25 € | 77,359.71 € |
| Clement, Kevin | Junior associate | New York pending | 325.00 € | 393.40 | 127,855.00 € | 66,152.18 € |
| Grekov, Sergii | Paralegal | Not qualified | 160.00 € | 189.75 | 30,360.00 € | 15,708.26 € |
| Grenier, Charlotte | Paralegal | Not qualified | 160.00 € | 324.50 | 51,920.00 € | 26,863.41 € |
| Boca, Vincent | Trainee | Paris pending | 120.00 € | 11.80 | 1,416.00 € | 732.64 € |
| Dai, Wen-Chuan | Trainee | Pending (juris. unknown) | 120.00 € | 142.60 | 17,112.00 € | 8,853.75 € |
| Dunphy, Georgia | Trainee | Australia 2012 | 120.00 € | 375.00 | 45,000.00 € | 23,283.00 € |
| Fredstie, Nora | Trainee | New York pending | 120.00 € | 518.00 | 62,160.00 € | 32,161.58 € |
| Mantilla, Yuri | Trainee | DC 2012 Florida 2010 | 120.00 € | 447.40 | 53,688.00 € | 27,778.17 € |
| Nuhi, Adam | Trainee | Not qualified | 120.00 € | 5.00 | 600.00 € | 310.44 € |
| Ohiomoba, Elinathan | Trainee | New York 2014 | 120.00 € | 1.80 | 216.00 € | 111.76 € |
| Omran, Amr | Trainee | Egypt 2008 | 120.00 € | 90.40 | 10,848.00 € | 5,612.76 € |
| Rigoli, Anne | Trainee | Paris pending | 120.00 € | 1.50 | 180.00 € | 93.13 € |
| Sakellaridou, Stella | Trainee | Greece (Athens) 2014 | 120.00 € | 180.50 | 21,660.00 € | 11,206.88 € |
| | | | | 4644.05 | 1,260,026.25 € | 651,937.58 € |
| Walsh, Abbey | Counsel | | 450.00 € | 4.80 | 2,160.00 € | 2,160.00 € |

| Total hours | | 4648.85 | |
|---|---|---|---|
| Total € | | | 654,097.58 € |
| Total US$ | | | $728,584.72 |

Exhibit B

Revised Exhibit C to the Fee Application

Reimbursable Expense Summary

US2189952/6  158723-0001

Amended Reimbursable Expenses Summary

| Invoice dates | 2/24/2015 | 1/30/2015 | | 3/3/2014 | 3/13/2014 | |
|---|---|---|---|---|---|---|
| Disbursement categories | Sept | Oct | Nov | | Dec | Totals |
| In-house expenses / Meals | 0.00 € | 635.93 € | 2,305.82 € | | 1,854.55 € | 4,796.30 € |
| In-house expenses / Taxis | 346.69 € | 2,540.98 € | 2,392.64 € | | 1,292.92 € | 6,573.23 € |
| Translations | 789.27 € | 1,067.60 € | 0.00 € | | 334.79 € | 2,191.66 € |
| Travel | 0.00 € | 10,677.90 € | 13,467.47 € | | 0.00 € | 24,145.37 € |
| Courier | 0.00 € | 279.26 € | 483.79 € | | 28.11 € | 791.16 € |
| Telephone and conference call | 0.00 € | 386.86 € | 219.39 € | | 101.33 € | 707.58 € |
| Research | 0.00 € | 6.59 € | 0.00 € | | 0.00 € | 6.59 € |
| Co-counsel fees (Firon) | 1,083.94 € | 22,200.17 € | 8,503.59 € | | 286.85 € | 32,074.55 € |
| Co-counsel fees (Sarwat A. Shahid) | 0.00 € | 3,712.39 € | 31,385.59 € | | 17,788.65 € | 52,886.63 € |
| Expert Services (FTI Consulting) | 0.00 € | 126,418.16 € | 47,073.70 € | | 1,752.96 € | 175,244.82 € |
| Expert Services (Daniel Muthmann) | 0.00 € | 11,946.25 € | 0.00 € | | 0.00 € | 11,946.25 € |
| Expert Services (Giora Eiland) | 0.00 € | 7,249.98 € | 0.00 € | | 0.00 € | 7,249.98 € |
| Expert Services (Baker & O'Brien) | 0.00 € | 0.00 € | 51,886.13 € | | 0.00 € | 51,886.13 € |
| Expert Services (Bernard Rix) | 0.00 € | 0.00 € | 18,014.00 € | | 0.00 € | 18,014.00 € |
| Total € | 2,219.90 € | 187,122.07 € | 175,732.12 € | | 23,440.16 € | 388,514.25 € |
| Total US$ | $2,489.94 | $211,164.35 | $188,738.48 | | $25,175.02 | $427,567.80 |

| | | | |
|---|---|---|---|
| February | exhange rate | 1.00 € | = | $1.12164 |
| January | exhange rate | 1.00 € | = | $1.12848 |
| March | exhange rate | 1.00 € | = | $1.07401 |
| March | exhange rate | 1.00 € | = | $1.07401 |