TARTER KRINSKY & DROGIN LLP
Counsel to the Chapter 7 Trustee
1350 Broadway, 11th Floor
New York, New York 10018
Tel (212) 216-8000
Fax (212) 216-8001
Alex Spizz, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

AMPAL-AMERICAN ISRAEL CORPORATION,

                        Debtor.
------------------------------------------------------------------X

Chapter 7

Case No. 12-13689 (SMB)

## TRUSTEE'S NINTH STATUS REPORT

This status report is being filed with the Court to advise the Court, creditors, equity holders

and other interested parties of Ampal-American Israel Corporation ("Ampal") of a significant event

which has recently occurred in this Chapter 7 Bankruptcy Case.

1.      Pursuant to Order of the Bankruptcy Court entered on November 16, 2018 [ECF

Doc. No. 822], the Bankruptcy Court approved a Stock Purchase Agreement dated September 26,

2018 (the "SPA") by and between Merhav-Ampal Group Ltd., an indirect subsidiary of Ampal as

seller ("Seller"), and EMED Pipeline B.V. as purchaser ("Purchaser").

2.      On November 5, 2019 the above transaction closed.

3.      The Trustee has thus far received $152,638,426 representing Ampal's portion of the

proceeds of the SPA.

4.      The Trustee has filed an application with the Bankruptcy Court for authority to pay

(i) all Chapter 11 administrative claims, (ii) all Chapter 11 priority claims, (iii) all Chapter 7

{Client/008427/BANK912/01966152.DOCX;1 }

professional fee holdbacks, and (iv) a pro rata interim distribution of $50,000,000 to holders of

allowed general unsecured creditors.

Dated: New York, New York
        November 22, 2019

By: _____
        Alex Spizz, Esq.
        Chapter 7 Trustee of
        Ampal-American Israel Corporation