**Settlement Date/Time: April 20, 2020 at 12:00 Noon**
**Objection Deadline:    April 15, 2020 at 5:00 P.M.**

TARTER KRINSKY & DROGIN LLP
Attorneys for Alex Spizz, Chapter 7 Trustee
1350 Broadway
New York, New York 10018
(212) 216-8000
Alex Spizz, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------x

In re:                                                                    Chapter 7

AMPAL-AMERICAN ISRAEL CORPORATION,        Case No. 12-13689 (SMB)

                              Debtor.

------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER AUTHORIZING PAYMENT OF CHAPTER 7 TRUSTEE'S PROFESSIONALS' FEES**

**PLEASE TAKE NOTICE**, that the order annexed hereto (the "Order") shall be presented for signature to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10014 on the **20th day of April 2020 at 12:00 p.m.** (the "Settlement Date").

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, must be filed with the Clerk of the Bankruptcy Court with a copy delivered to the Chambers of the Honorable Stuart M. Bernstein and served upon: (i) Tarter Krinsky & Drogin LLP, attorneys for the Trustee, 1350 Broadway, New York, New York 10018, Attn: Alex Spizz, Esq., and Jill Makower, Esq.; and (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street,

Suite 1006, New York, New York 10014, Attn: Andrew D. Velez-Rivera, Esq., so as to be filed and received no later than **April 15, 2020 at 5:00 P.M.**

Dated: New York, New York
April 7, 2020

                            TARTER KRINSKY & DROGIN LLP
                            Attorneys for Alex Spizz, as Chapter 7 Trustee

                        By: s/ Alex Spizz
                            Alex Spizz, Esq.
                            Jill Makower, Esq.
                            Tarter Krinsky & Drogin LLP
                            1350 Broadway
                            New York, NY 10018
                            Tel: 212-216-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x
In re:                                                                Chapter 7

AMPAL-AMERICAN ISRAEL CORPORATION,    Case No. 12-13689 (SMB)

                                    Debtor.
---------------------------------------------------------------x

**ORDER AUTHORIZING PAYMENT OF CHAPTER 7 TRUSTEE'S PROFESSIONALS' FEES**

Alex Spizz, the Chapter 7 Trustee (the "Trustee") of Ampal-American Israel Corporation (the "Debtor"), having moved before this Court on March 17, 2020 seeking an order pursuant to §§ 105, 331, 502 and 726 of Title 11 United States Code (the "Bankruptcy Code") and Rule 3009 of the Federal Rules of Bankruptcy Procedure authorizing the Trustee to affect a partial payment of Chapter 7 Trustee's professionals' fees holdbacks by reducing prior twenty (20%) percent holdbacks by one half ("Holdback Motion"); and the Trustee having further moved on March 16, 2020 to award the Fifth Final Fee Application of fees and expenses to Kesselman & Kesselman and both Motions having regularly come on to be heard before this Court on April 7, 2020; and Alex Spizz, Esq. of Tarter Krinsky & Drogin LLP appearing on behalf of the Trustee; and Andrew D. Velez-Rivera, Esq, having appeared on behalf of the United States Trustee; and there being no objections filed with respect to the Motions; and the Trustee at the hearing having amended the Holdback Motion on the record to include the payment of all holdbacks with respect to the Chapter 7 Trustee's professionals, excluding any holdbacks to the Trustee for compensation; and the United States Trustee having no objection to the Holdback Motion as amended provided that the Trustee settle the proposed order on notice to all creditors and parties in interest entitled to receive

notice; and upon the record of the proceedings having been had herein, and upon due deliberations, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Trustee's Motion to pay professionals' fees holdbacks, as amended, and the Fifth Final Fee Application of Kesselman & Kesselman are hereby granted to the extent provided in **Schedule "A"** attached hereto.

2. Alex Spizz in his capacity as Chapter 7 Trustee of Ampal-American Israel Corporation is authorized and directed to remit payment of fees and expenses as set forth on **Schedule "A"** attached hereto.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

4. This Court shall retain jurisdiction over all matters arising from or related to this Order.

Dated: New York, New York
April _____, 2020

                                        HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE

**SCHEDULE A**

Case Name: Ampal-American Israel Corporation
Case No.: 12-13689 (SMB)

| (1) Applicant | (2) Date / Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Tarter, Krinsky & Drogin LLP Counsel to Alex Spizz, Chapter 7 Trustee | 3/17/2020 [915] | | | | $862,323.70 | $862,323.70 | | |
| EisnerAmper, LLP Accountants for Alex Spizz, Chapter 7 Trustee | 3/17/2020 [915] | | | | $142,094.70 | $142,094.70 | | |
| Freshfields Bruckhaus Deringer US LLP Special Litigation Counsel for Alex Spizz, Chapter 7 Trustee | 3/17/2020 [915] | | | | $358,949.46 | $358,949.46 | | |

Dated: _____, 2020                    Initials:_____ USBJ

| (1) Applicant | (2) Date / Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Steptoe & Johnson LLP Special Tax Counsel for Alex Spizz, Chapter 7 Trustee | 3/17/2020 [915] | | | | $31,662.81 | $31,662.81 | | |
| Kesselman & Kesselman/PwC Israel Accountants for Alex Spizz, Chapter 7 Trustee | 3/16/20 [914] 3/17/2020 [915] | $20,717.00 | $20,717.00 | $20,717.00 | $60.945.00 | $81,662.00 | $443.00 | $443.00 |
| Spizz Cohen & Serchuk, P.C Former counsel for Alex Spizz, Chapter 7 Trustee | 3/17/2020 [915] | | | | $345,731.86 | $345,731.86 | | |

Dated: _____, 2020                                   Initials:_____ USBJ