UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------x

In re:                                                                                  Chapter 7

AMPAL-AMERICAN ISRAEL CORPORATION,                   Case No. 12-13689 (SMB)

                Debtor.

-------------------------------------------------------------x

      The undersigned Mediator reports that the mediation was held and completed on July 13, 2020 in the following manner:

(A)     The following individuals were present:
  a. Parties – Alex Spizz, Esq., Trustee and Leo Malamud for Merhav (M.N.F. Ltd.).
  b. Counsel – Alex Spizz, Esq., representing himself and Stephanie Wickouski, Esq. and Laith Hamdan, Esq. representing Merhav (M.N.F. Ltd).

(B)     The Parties mediated in good faith.

(C)     The matter has been resolved.

Dated: Garden City, New York
       July 13, 2020

MORITT HOCK & HAMROFF LLP

*/s/ Leslie A. Berkoff*
Leslie A. Berkoff, Esq.
1407 Broadway – 39th Floor
New York, NY 10018
Phone: (212) 239-2000
Fax: (212) 239-7277

2295508v1