UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                         :   Chapter 7
                                                               :
AMPAL-AMERICAN ISRAEL CORPORATION,                             :   Case No. 12-13689 (SMB)
                                                               :
                        Debtor.                                :
------------------------------------------------------------- x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the New York office of the law firm of Akerman LLP ("Akerman"), special counsel for Alex Spizz, as Chapter 7 Trustee for the estate of Ampal-American Israel Corporation (the "Trustee"), moved its offices on March 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, Akerman's address and contact information has changed to the following:

AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800

Dated: New York, New York
       March 8, 2021

                                            AKERMAN LLP


                                            By:   /s/ Darryl R. Graham
                                                  Darryl R. Graham
                                                  1251 Avenue of the Americas
                                                  37th Floor
                                                  New York, New York 10020
                                                  Tel. No. (212) 880-3800
                                                  E-mail: darryl.graham@akerman.com

                                            *Special Counsel for the Trustee*